In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00230-CV**
_____

**$6,451.27 U.S. CURRENCY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 75th District Court**
**Liberty County, Texas**
**Trial Cause No. CV 1205670**

**MEMORANDUM OPINION**

On June 6, 2018, James Eric Loften filed a notice of appeal from a judgment signed on March 7, 2018. On June 13, 2018, we notified the parties that the notice of appeal was filed outside the time for which an extension may be granted for filing a notice of appeal, and that the appeal would be dismissed for want of jurisdiction unless Loften filed a response by June 28, 2018, showing grounds for continuing the appeal. To date, the appellant has not filed a response to this Court's notice. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3.

1

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on July 25, 2018
Opinion Delivered July 26, 2018

Before McKeithen, C.J., Kreger and Johnson, JJ.